Marcos D. Sasso (SBN 228905)
sassom@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400
Facsimile: 424.204.4350

Attorneys for Defendant
HOME DEPOT U.S.A, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MARLON ROMERO AND ANGELICA ROMERO,

Plaintiff,

v.

HOME DEPOT U.S.A., INC.

Defendant.

Case No. 5:19-cv-01278-JGB-SP

**STIPULATION TO STAY ACTION AND ARBITRATE ALL CLAIMS**

Trial Date: None

[Proposed Order Lodged Concurrently]

Plaintiffs Marlon Romero and Angelica Romero ("Plaintiffs") and defendant Home Depot U.S.A., Inc. ("Home Depot") hereby jointly move and stipulate to stay Plaintiffs' claims and submit said claims to binding arbitration, pursuant to the terms of the arbitration agreement contained in the credit card agreement attached hereto as Exhibit 1. The arbitration shall be before the American Arbitration Association, pursuant to the terms of the parties' arbitration agreement.

This action shall be stayed pending completion of the arbitration proceedings.

**IT IS SO STIPULATED.**

DATED: November 20, 2019

BALLARD SPAHR LLP

By: */s/ Marcos D. Sasso*
Marcos D. Sasso

Attorney for Defendant
HOME DEPOT, LLC

DATED: November 20, 2019

ROBINSON BRADFORD LLP

BY: */s/ Matthew C. Bradford*
Matthew C. Bradford

Attorneys for Plaintiffs
Marlon Romero and Angelica Romero

I, Marcos D. Sasso, attest pursuant to L.R. 5-4.3.4(a)(2)(i) that Matthew C. Bradford, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

*/s/ Marcos D. Sasso*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of November, 2019, I electronically filed a true and correct copy of the foregoing **STIPULATION TO STAY ACTION AND ARBITRATE ALL CLAIMS and [PROPOSED] ORDER GRANTING STIPULATION TO STAY ACTION AND ARBITRATE ALL CLAIMS** through the Court's CM/ECF system, which will send a notice of electronic filing to the following:

Matthew C. Bradford, Esq.
ROBINSON BRADFORD LLP
43471 Ridge Park Drive, Suite C
Temecula, California 92590
Telephone: (209) 954-9001
Facsimile: (209) 954-9091
Email: matthew@robinsonbradford.net

*Attorneys for Plaintiffs*

*/s/ Marcos D. Sasso*
Marcos D. Sasso