JS-6
Admin Stay

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON ROMERO AND ANGELICA ROMERO,<br><br>            Plaintiff,<br><br>    v.<br><br>HOME DEPOT U.S.A., INC.<br><br>            Defendant | Case No. 5:19-cv-01278-JGB-SP<br><br>**ORDER GRANTING STIPULATION TO STAY ACTION AND ARBITRATE ALL CLAIMS** |

# **ORDER**

Having reviewed the parties' Stipulation to Stay Action and Arbitrate All Claims, and finding good cause, the Stipulation is **GRANTED**.

Plaintiff's claims against defendant Home Depot U.S.A., Inc. ("Home Depot") are stayed and said claims shall be submitted to binding arbitration before the American Arbitration Association pursuant to the terms of the arbitration agreement contained in the credit card agreement attached to the Stipulation as Exhibit 1. This action shall be stayed pending completion of the arbitration proceedings.

IT IS SO ORDERED.

DATED: November 26, 2019

United States District Court Judge