1

**ROBINSON BRADFORD LLP**
Matthew C. Bradford, Esq. (SBN 196798)
43471 Ridge Park Drive, Suite C
Temecula, California 92590

2

3

Telephone:     (209) 954-9001
Facsimile:     (209) 954-9091
matthew@robinsonbradford.net

4

5

Attorney for Plaintiffs, Marlon Romero and
Angelica Romero

6

**STROOCK & STROOCK & LAVAN LLP**
Marcos D. Sasso, Esq. (SBN 228905)
2029 Century Park East, Suite 1800
Los Angeles, CA 90067

7

8

Telephone:     (310) 556-5883
Facsimile:     (310) 556-5959
dsasso@stroock.com

9

10

Attorneys for Defendant, Home Depot U.S.A., Inc.

11

12

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

13

14

15

MARLON ROMERO and ANGELICA
ROMERO,

**Case No. 5:19 CV 01278**

16

Plaintiffs,

**STIPULATION FOR DISMISSAL
WITH PREJUDICE**

17

vs.

18

19

HOME DEPOT U.S.A., INC.

20

Defendant.

21

///

22

///

23

///

24

///

25

26

///

27

///

28

1
STIPULATION FOR DISMISSAL WITH PREJUDICE

LA 52604323

1

**IT IS HEREBY STIPULATED AND AGREED:**

2

3

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs, MARLON ROMERO and

ANGELICA ROMERO and Defendant, HOME DEPOT U.S.A., INC., by and through their

4

respective counsel of record hereby request dismissal of the entire action with prejudice.

5

6

DATED:  August 16, 2021          ROBINSON BRADFORD LLP

7

By: /S/ Matthew C. Bradford

8

Matthew C. Bradford, Esq.

Attorneys for Plaintiff, Mary Green

9

10

11

DATED:  August 16, 2021          **STROOCK & STROOCK & LAVAN LLP**

12

By: /S/ Marcos D. Sasso

Marcos D. Sasso, Esq.

13

Attorneys for Defendant, Home Depot U.S.A., Inc.

14

15

**[PROPOSED] ORDER DISMISSING CASE**

16

17

Pursuant to the stipulation between the parties, the present case is dismissed with

18

prejudice.

19

20

_____

21

Honorable Judge

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL WITH PREJUDICE

LA 52604323

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on August 16, 2021 the foregoing was filed electronically. Notice

3

of this filing will be sent to all parties by operation of the Court's electronic filing system.

4

Parties may access this filing through the Court's system.

5

6

7

DATED:  August 16, 2021          ROBINSON BRADFORD LLP

8

By: /S/ Matthew C. Bradford, Esq.

9

Matthew C. Bradford, Esq.
Attorneys for Plaintiffs, Marlon Romero and

10

Angelica Romero

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LA 52604323