1  **ROBINSON BRADFORD LLP**
   Matthew C. Bradford, Esq. (SBN 196798)
2  43471 Ridge Park Drive, Suite C
   Temecula, California 92590
3
   Telephone:    (209) 954-9001
4  Facsimile:    (209) 954-9091
   matthew@robinsonbradford.net
5
   Attorney for Plaintiffs, Marlon Romero and
   Angelica Romero
6
7  **STROOCK & STROOCK & LAVAN LLP**
   Marcos D. Sasso, Esq. (SBN 228905)
   2029 Century Park East, Suite 1800
8  Los Angeles, CA 90067

9  Telephone:    (310) 556-5883
   Facsimile:    (310) 556-5959
   dsasso@stroock.com
10
   Attorneys for Defendant, Home Depot U.S.A., Inc.
11

12                      **UNITED STATES DISTRICT COURT**

13                      **CENTRAL DISTRICT OF CALIFORNIA**

14

15  | MARLON ROMERO and ANGELICA ROMERO, | Case No. 5:19 CV 01278-JGB-SPx |
    |---|---|
16  |  | **ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE** |
17  | Plaintiffs, |  |
    | vs. |  |
18  |  |  |
19  | HOME DEPOT U.S.A., INC. |  |
20  | Defendant. |  |

21                            **ORDER DISMISSING CASE**

22
23      Pursuant to the stipulation between the parties, the present case is dismissed with
    prejudice.
24

25  DATED: August 18, 2021

26                                               _____
                                                 Honorable Jesus G. Bernal
27                                               United States District Judge

28

                                              1
                                     ORDER FOR DISMISSAL